AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Helene N. | 6th Circuit | 01/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

231 W. Lafayette Blvd
Rm: 611
Detroit, Michigan 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | NJH Associates |
| 2. Partner | NJHA Associates |
| 3. Partner | RNJH Associates, LTD |
| 4. Director / Vice President | RNJH Associates, Inc. |
| 5. Member | MWCM LLC |
| 6. Trustee | Trust #2 RWRT GST A |
| 7. Trustee | Trust #3 RWRT GST B |
| 8. Director / President | Family Foundation #1 |
| 9. Director | Family Foundation #2 |
| 10. Custodian | Brokerage account #1 UGMA |
| 11. Custodian | Brokerage account #2 UGMA |
| 12. Member | Home Properties, LLC |
| 13. Trustee | The Jewish Fund |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - - Vanguard Index Funds S&P 500 ETF | A | Interest | K | T | | | | | |
| 257. - - Vanguard Mid Cap Value ETF | A | Interest | K | T | | | | | |
| 258. - -Blackrock Global | A | Interest | K | T | | | | | |
| 259. - - Blackstone Alt Mult-Strat Inst | A | Interest | K | T | | | | | |
| 260. - - First Eagle Global A | A | Interest | K | T | | | | | |
| 261. - - Vanguard REIT | A | Interest | J | T | | | | | |
| 262. - - Vanguard Value ETF INdex | A | Interest | K | T | Buy | 08/11/16 | K | | |
| 263. - - Virtus Insight Emerging Markets I | A | Interest | J | T | | | | | |
| 264. - - Delaware Diversified Inc Inst | B | Interest | K | T | | | | | |
| 265. - -Janus Flexible Bond I | B | Interest | K | T | | | | | |
| 266. MWCM LLC, Ltd Ptr, RE development Macomb MI | | None | L | W | | | | | |
| 267. Condominium in Snowmass, Colorado | C | Rent | O | W | | | | | |
| 268. Residential property located at 1234 Wood Road, Snowmass, CO | B | Rent | P1 | W | | | | | |
| 269. NJH Associates, Partner (New York, NY) (lines 270-274) | | | | | | | | | |
| 270. - BJW Associates Real Estate NYC | G | Rent | P1 | R | | | | | |
| 271. - Lexington Ave Assoc Real Estate NYC | E | Rent | K | R | | | | | |
| 272. - First Sutton Assoc Real Estate NYC | D | Interest | K | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Asbury Plaza Venture, Real Estate, Chicago | C | Rent | O | R | | | | | |
| 274. - Lincoln Terrace Assoc. NYC | E | Interest | L | R | | | | | |
| 275. NJHA Assoc., Partner | A | Interest | J | W | | . | | | |
| 276. 4400 University Ltd Partnership | A | Interest | J | W | | | | | |
| 277. 2001 Trust, shared beneficial interest (lines 278-288) | | | | | | | | | |
| 278. - - Escrowed Funds - cash accounts held at BOA and JPM | A | Interest | J | T | | | | | |
| 279. - Escrowed Funds - cash accounts held at JPM | A | Interest | O | T | | | | | |
| 280. - - JPM Private Equity (see lines 281-288) | | | | | | | | | |
| 281. - - JPM Tax Free MM | B | Interest | M | T | | | | | |
| 282. - - GSO Special Situations Fund | C | Interest | N | T | | | | | |
| 283. - - Global Access PE Vintage 2014 | | None | | | Distributed | 01/04/16 | J | | |
| 284. - - PEG Digital Growth Fund II, LP | D | Int./Div. | O | T | | | | | |
| 285. - - Apollo EPF III Private Investors LLC | B | Int./Div. | M | T | Buy | 12/16/16 | M | | |
| 286. - - PEG Secondary Private Equity Investors III LP | A | Int./Div. | L | T | Buy | 07/27/16 | L | | |
| 287. - - PEG Secondary Private Equity Investors LLC | B | Int./Div. | L | T | Buy | 11/04/16 | L | | |
| 288. - Vintage 2014 Private Investments, LLC | B | Int./Div. | M | T | Buy | 09/22/16 | M | | |
| 289. 2006 Trust, shared beneficial interest (lines 290-293) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - - Escrowed Funds - cash accounts held at BOA and JPM | A | Interest | J | T | | | | | |
| 291. - - Escrowed Funds - cash accounts held at JPM | A | Interest | J | T | | | | | |
| 292. - - JPM Tax Free MM | B | Interest | N | T | | | | | |
| 293. - - GSO Special Situations Fund (prev reported as "GST") | C | Int./Div. | M | T | | | | | |
| 294. 2007 Trust, shared beneficial interest (lines 295-300) | | | | | | | | | |
| 295. - - Escrowed Funds - cash accounts held at BOA and JPM | A | Interest | K | T | | | | | |
| 296. - - Escrowed Funds - cash accounts held at JPM | A | Interest | J | T | | | | | |
| 297. - - JPM Private Equity Tax Free MM | D | Interest | P1 | T | | | | | |
| 298. - - AP IXZ (APAX) Private Investors | D | Int./Div. | M | T | Buy | 11/22/16 | M | | |
| 299. - - Apollo EPF III Private Investors LLC | D | Int./Div. | M | T | Buy | 12/01/16 | M | | |
| 300. - - PEG Secondary Private Equity Investors, LLC | D | Int./Div. | M | T | Buy | 03/01/16 | M | | |
| 301. LTR 2010 Trust, shared beneficial interest (lines 302-923) | | | | | | | | | |
| 302. - - JP Morgan Money Market | A | Interest | M | T | | | | | |
| 303. - - JPM Tax Free Resv Sweep FD | A | Interest | O | T | | | | | |
| 304. - - City of NY NY Ref Pub Imp Bonds | F | Interest | P1 | T | | | | | |
| 305. - - City of NY NY Ref Pub Imps Bonds | F | Interest | P1 | T | | | | | |
| 306. - - RAI SPV2, LLC | | None | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - - Archer Daniels Midland Co. | A | Int./Div. | J | T | Buy | 01/13/16 | J | | |
| 359. - - AT&T, Inc. | A | Int./Div. | K | T | | | | | |
| 360. - - Automatic Data Processing | A | Int./Div. | J | T | | | | | |
| 361. - - Autozone, Inc. | | None | J | T | | | | | |
| 362. - - Avago Technologies (merged with Broadcom) | | None | | | Closed | 12/23/16 | J | | |
| 363. - - Avalon Bay Communities | A | Int./Div. | J | T | | | | | |
| 364. - - Baker Hughes, Inc. | A | Int./Div. | J | T | | | | | |
| 365. - - Bank New York Mellon | A | Int./Div. | J | T | | | | | |
| 366. - - Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 367. - - Baxalta, Inc. | | None | | | Sold | 01/11/16 | J | | |
| 368. - - Baxter International, Inc. | A | Int./Div. | J | T | | | | | |
| 369. - - BB&T Corp | A | Int./Div. | J | T | | | | | |
| 370. - - Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 371. - - Berkshire Hathaway, Inc. (acquired Precision Castparts) | | None | K | T | | | | | |
| 372. - -Biogen Idec, Inc. | | None | J | T | | | | | |
| 373. - - Blackrock, Inc. | A | Int./Div. | J | T | | | | | |
| 374. - - Boeing Co. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - - Mosaic Co | A | Int./Div. | J | T | | | | | |
| 733. - - Motorola Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 734. - - Murphy Oil Corp. | A | Int./Div. | | | Sold | 02/25/16 | J | | |
| 735. - - Nasdaq, Inc. | A | Int./Div. | J | T | | | | | |
| 736. - - National Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 737. - - Netapp, Inc. | A | Int./Div. | | | Sold | 01/13/16 | J | | |
| 738. - - Newfield Exploration | | None | | | Sold | 02/25/16 | J | | |
| 739. - - Navient Corp | A | Int./Div. | J | T | Buy | 01/13/16 | J | | |
| 740. - - Newmont Mining Corp | A | Int./Div. | J | T | | | | | |
| 741. - - News Corp New CL A | A | Int./Div. | | | Sold | 05/18/16 | J | | |
| 742. - - Nisource, Inc. | A | Int./Div. | J | T | | | | | |
| 743. - - Noble Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 744. - - Northern Trust Corp | A | Int./Div. | J | T | | | | | |
| 745. - - NRG Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 746. - - Oneok, Inc. | A | Int./Div. | J | T | Buy | 01/13/16 | J | | |
| 747. - - Parker-Hannifin Corp | A | Int./Div. | J | T | | | | | |
| 748. - - Pentair PLC | A | Int./Div. | J | T | Buy | 01/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.  - - Delaware Diversified Inc Inst (DPFFX) | B | Int./Div. | | | Sold | 12/06/16 | N | | |
| 920.  - - First Eagle Global I | B | Int./Div. | N | T | | | | | |
| 921.  - - Harding Loevner INtl Eqty Inst (HLMIX) | A | Int./Div. | N | T | | | | | |
| 922.  - - Janus Flexible Bond I (JFLEX) | D | Int./Div. | N | T | | | | | |
| 923.  - - Virtus Insight Emerg Mkts I (HIEMX) | A | Int./Div. | M | T | | | | | |
| 924.  L Fam TR BW (son's interest) | | | | | | | | | |
| 925.  - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | T | | | | | |
| 926.  - - Wells Fargo checking account (fna Wachovia) | A | Interest | K | T | | | | | |
| 927.  - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 928.  - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | T | Open | 07/23/15 | J | | * |
| 929.  - UBS Acct #1 (individual assets not previously reported) | | | | | | | | | |
| 930.  - - Clearbridge Aggresive Growth Fund | A | Int./Div. | K | T | | | | | |
| 931.  - - Salient MLP & Energy Infrastructure Fund | A | Int./Div. | J | T | | | | | |
| 932.  - - Smead Value Fund | A | Int./Div. | K | T | | | | | |
| 933.  - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 934.  - - Alphabet Inc. CL A | A | Int./Div. | J | T | | | | | |
| 935.  - - Alphabet Inc. CL C | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - - VF Corp | A | Int./Div. | J | T | | | | | |
| 988. - - IShares Select Dividend ETF | A | Int./Div. | J | T | | | | | |
| 989. L Fam TR FW (daughter's interest) | | | | | | | | | |
| 990. - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | T | | | | | |
| 991. - - Wells Fargo checking account (fna Wachovia) | A | Interest | K | T | | | | | |
| 992. - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 993. - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | T | Open | 07/23/15 | J | | * |
| 994. Promissory Note from LFT-BW | F | Interest | P1 | T | | | | | |
| 995. Promissory Note from LFT-FW | F | Interest | P1 | T | | | | | |
| 996. Promissory Note from LFT-FL | D | Interest | M | T | | | | | |
| 997. Promissory Note from LFT-AL | D | Interest | M | T | | | | | |
| 998. W Fam Foundation, Director and President | | | | | | | | | |
| 999. - - Raymond James Bank Dep Program | A | Interest | J | T | | | | | |
| 1000. - - Blackrock Strategic Inc. Opportunites Port Instl | A | Int./Div. | K | T | | | | | |
| 1001. - - BMO Low Volatility Equity Fund Class A | A | Int./Div. | K | T | | | | | |
| 1002. - - Dodge & Cox Income Fund | B | Int./Div. | K | T | | | | | |
| 1003. - - Lateef Fund I | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. 529 Plan #2 - JH (Scholar's Choice Age Based) | | None | J | T | | | | | |
| 1243. 529 Plan #5 - JM (Scholar's Choice Age Based) | | None | K | T | | | | | |
| 1244. Brokerage Acct #13 Merrill Lynch | | | | | | | | | |
| 1245. - - CMA Funds | A | Interest | K | T | | | | | |
| 1246. - - Blackrock Muni, Inc. | C | Dividend | K | T | | | | | |
| 1247. - - Franklin FL Tax Free | D | Dividend | M | T | | | | | |
| 1248. IRA - Morgan Stanley | A | Interest | J | T | | | | | |
| 1249. - - MS Focus Growth Fd A | | | | | | | | | |
| 1250. Home Properties, LLC (Oak Park, MI) | F | Rent | N | U | | | | | |
| 1251. - - Real Property Oak Park Michigan | | | | | | | | | |
| 1252. Well Zoo (Equity Interest) | | None | N | T | | | | | |
| 1253. RCF Telecom (Membership Interest) | | None | N | T | | | | | |
| 1254. Unit 610, LLC (Membership Interest) Snowmass, Colorado | E | Rent | M | W | | | | | |
| 1255. HBF Investments, LLC (Membership Interest) Ann Arbor RE | E | Distribution | M | T | Open | 07/23/15 | M | | * |
| 1256. The Pickle Recipe, LLC* | | None | K | T | Buy | 07/15/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #4 RWLTITNAR - Reporting of assets on lines 102 - 135 of prior report is no longer required (filer did not create the Trust, receives no income and has no beneficial interest).

\* Line 314/315 - Transaction inadvertantly not reported on 2015 report.

Rohlik Foundation, Inc. - Reporting of assets on lines 811-887 of prior report is no longer required (filer did not create the Foundation, receives no income and has no beneficial interest).

\* Line 1256 - Transaction inadvertantly not reported on 2015 report.

\*Lines 928, 993, and 1255 - Transaction inadvertantly not reported on 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helene N. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544